No. 64569.—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 59/30960 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 64570.—A. V. Olsson Trading Co., Inc. *v.* United States, protest 58/18120 (Portland, Oreg.)

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64571.—Associated Commercial Co. et al. *v.* United States, protests 953062–G, etc. (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64572.—Alba Wine Corp. et al. *v.* United States, protests 117601–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 21, 1960

No. 64573.—The Coldwater Seafood Corporation *v.* United States, protest 58/24734 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the

merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64574.**—Filetta Fish, a/c W. J. Byrnes v. United States, protests 59/13247, 59/18881, and 59/23392 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64575.**—Fishery Products, Inc. v. United States, protests 59/21322 and 59/25171 (Cleveland).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64576.**—Eastern Commission Co., Inc. v. United States, protests 59/30632 and 59/30614 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64577.**—Joseph C. Murray & Co. and Pacmarine Products Co., Inc. v. United States, protests 59/30715 and 59/30729 (New York).